UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZUHIR ZIN EDDIN,<br><br>        Petitioner,<br><br>        v.<br><br>KRISTI NOEM, et al.,<br><br>        Respondents. | Case No. 2:25-cv-04817-JFW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is granted.

Dated: September 30, 2025

*/s/ John F. Walter*
JOHN F. WALTER
United States District Judge